United States District Court
Southern District of Texas
**ENTERED**
July 03, 2024
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARDO GARCIA JR, | § | |
| "Plaintiff," | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-00038 |
| | § | |
| MISBAH SHAIKH, | § | |
| "Defendant." | § | |

## ORDER GRANTING VOLUNTARY DISMISSAL

Before the Court is Plaintiff's "Notice of Voluntary Dismissal" (Dkt. No. 12). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff's claims against Defendant are **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

Signed on  July 3, 2024.

Rolando Olvera
United States District Judge